UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:10-CR-126 |
| | ) | |
| JEREMIAH CHANCE STALLANS | ) | |

## **O R D E R**

This criminal matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated July 12, 2011. [Doc. 46]. The Magistrate Judge recommends that the defendant's motion to suppress evidence seized from his computer be denied. The defendant has not filed objections to this report.

After careful consideration of the Report and Recommendation of the United States Magistrate Judge, the defendant's motion to suppress, the response of the government, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, and that the defendant's motion to suppress evidence is **DENIED.** [Doc. 13].

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE